IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STEPHEN "COBEY" MONDEN, | |
| Plaintiffs, | |
| v. | 2:22-CV-004-Z-BR |
| CONSOLIDATED NUCLEAR SECURITY LLC, | |
| Defendant. | |

## JUDGMENT

The undersigned United States District Judge has entered an order **GRANTING** summary judgment in favor of Defendant.

Judgment is entered accordingly.

April 26, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE